# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| LARRY COFFMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:06-cv-149-JCH ) |
| ALAN BLAKE, MARTY BELLEW-SMITH, LINDA MEADE, JON ROSENBOOM and UNKNOWN SECURITY AIDES, | ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER AND MEMORANDUM

This matter is before the Court on its own motion to correct its Order of February 24, 2006. Although the Court stated in the body of the Order that plaintiff would be granted leave to proceed in forma pauperis, the Court did not make its determination explicit at the close of its Order. Therefore, the Court will Order *nunc pro tunc* that plaintiff's motion for leave to proceed in forma pauperis be granted.

Accordingly,

**IT IS HEREBY ORDERED** *nunc pro tunc* that, in the Order of February 24, 2006 [Doc. 5], plaintiff's motion for leave to proceed in forma pauperis [Doc. 1] is **GRANTED**.

Dated this 30th day of June, 2006.

/s/ Jean C. Hamilton

**UNITED STATES DISTRICT JUDGE**