UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

LARRY COFFMAN,                    )
                                 )
          Plaintiff,             )
                                 )
     vs.                         )     Case No. 2:06-cv-00149- JCH
                                 )
ALAN BLAKE,                      )
                                 )
          Defendant.             )

## **JUDGMENT**

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendant's Motion

for Summary Judgment is **GRANTED**, and Plaintiffs' claims are dismissed with prejudice.


Dated this 7th day of December, 2006


/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE